UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YING CUI, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>AGUA FRIA SENIOR LIVING LP, *et al.*,<br><br>Defendants. | 26 Misc. 406 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, within one week of this Order, Respondents must advise the court whether they consent to transfer of Plaintiff's motion to the District of Arizona pursuant to Federal Rule of Civil Procedure 45(f). If Respondents consent to the transfer of Plaintiff's motion, the Court will promptly transfer the motion to the District of Arizona.

In the event Respondents do not consent to transfer pursuant to Rule 45(f), within two weeks of this Order, the parties must jointly advise the Court whether they consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah L. Cave. If the parties jointly consent to proceed before Judge Cave, counsel must by that date, submit to the Orders & Judgments Clerk at judgments@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If the Court approves that form, all further proceedings will then be conducted before Judge Cave rather than before the undersigned. Any appeal would then be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not

signed and so ordered. If the parties do not consent to proceeding before Judge Cave, they shall not disclose the identity of the party or parties who do not consent. In the event the parties do not consent, the Court will refer this case to Judge Cave for general pretrial management and the issuance of any report and recommendations.

The parties are free to withhold consent to transfer or conducting all further proceedings before Judge Cave without negative consequences.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge