UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YING CUI, *et al.*,

Plaintiffs,

-v-

AGUA FRIA SENIOR LIVING LP, *et al.*,

Defendants.

---

26 Misc. 406 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court ordered the parties to advise whether they consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Sarah L. Cave. Dkt. 5. On September 8, 2026, Respondents Peter T. Jensen and the Jensen Law Firm PLLC (the "Jensen Parties") submitted a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. Dkt. 9. The form was signed by Plaintiffs and the Jensen Parties, but not the defendants in the underlying Arizona litigation. Within one week of this Order, the parties shall either file a Notice, Consent, and Reference form executed by the defendants in the underlying Arizona action, or, alternatively, submit a letter setting forth their position as to why the underlying defendants are not "parties" whose consent is required under § 636(c).

SO ORDERED.

Dated: September 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge